```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ISAIAS COLON MALDONADO, a         :     CIVIL ACTION
minor, by Frances Maldonado,      :
et al.                            :
                                  :
         v.                       :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :     NO. 11-2812

                             ----------

JASMINE CALDWELL, a minor,        :     CIVIL ACTION
by Denine Caldwell and Jason      :
Caldwell, as Parents and          :
Natural Guardians                 :
                                  :
         v.                       :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :     NO. 11-2813

                             ----------

JESSE DEWITT, a minor,            :     CIVIL ACTION
by Summer Jenkings, as            :
Parent and Natural Guardian       :
                                  :
         v.                       :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :     NO. 11-2814

                             ----------

ELIZABETH SEDLACEK, a minor,      :     CIVIL ACTION
by Robin Lucas, as                :
Parent and Natural Guardian       :
                                  :
         v.                       :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :     NO. 11-2815

                             ----------
```

```
CHARLES STOKES, a minor,           :      CIVIL ACTION
by Wendy Springer, as              :
Parent and Natural Guardian        :
                                   :
        v.                         :
                                   :
SMITHKLINE BEECHAM CORP.           :
d/b/a GLAXOSMITHKLINE              :      NO. 11-2816

                        ----------

VICTORIA CHANDLER, a minor,        :      CIVIL ACTION
by Julie L. Hill,                  :
Parent and Natural Guardian        :
                                   :
        v.                         :
                                   :
SMITHKLINE BEECHAM CORP.           :
d/b/a GLAXOSMITHKLINE              :      NO. 11-2817

                        ----------

JACOB VOORHEES, a minor,           :      CIVIL ACTION
by Tiffany Voorhees and            :
Scott Voorhees, as                 :
Parents and Natural Guardians      :
                                   :
        v.                         :
                                   :
SMITHKLINE BEECHAM CORP.           :
d/b/a GLAXOSMITHKLINE              :      NO. 11-2818

                        ----------

PATRICK WELSH, a minor,            :      CIVIL ACTION
by Barbara Welsh, as               :
Guardian                           :
                                   :
        v.                         :
                                   :
SMITHKLINE BEECHAM CORP.           :
d/b/a GLAXOSMITHKLINE              :      NO. 11-2819

                        ----------

MASON JASON YUEILL, a minor,       :      CIVIL ACTION
by Michael J. Yueill, et al.       :
                                   :
        v.                         :
                                   :
SMITHKLINE BEECHAM CORP.           :
d/b/a GLAXOSMITHKLINE              :      NO. 11-2820

                        ----------
```

```
MARION HOPE CHANDLER, a minor,    :    CIVIL ACTION
by Julie L. Hill,                 :
Parent and Natural Guardian       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2821

                         ----------

NAOMI CHANDLER, a minor,          :    CIVIL ACTION
by Trenice Chandler, et al.       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2822

                         ----------

SAMUEL NOAH ELLISON, a minor,     :    CIVIL ACTION
by Julia Ann Ellison, as          :
Parent and Natural Guardian       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2823

                         ----------

KYLA HODNETT, a minor,            :    CIVIL ACTION
by Eve Hodnett, as                :
Parent and Natural Guardian       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2824

                         ----------

ROSS ANGELY PORTALATIN-           :    CIVIL ACTION
MENDEZ, a minor, by               :
Carmen M. Mendez-Maldonado        :
and Juan Portalatin, as           :
Parents and Natural Guardians     :
```

```
                                 :
     v.                          :
                                 :
SMITHKLINE BEECHAM CORP.         :
d/b/a GLAXOSMITHKLINE            :        NO. 11-2825

                          ----------

SARAH WATTS, a minor,            :        CIVIL ACTION
by Lester Watts and              :
Tammy Watts, as                  :
Parents and Natural Guardians    :
                                 :
     v.                          :
                                 :
SMITHKLINE BEECHAM CORP.         :
d/b/a GLAXOSMITHKLINE            :        NO. 11-2826

                          ----------

ALLISON KEEFE, a minor,          :        CIVIL ACTION
by Cynthia Keefe and             :
Stanley A. Keefe, as             :
Parents and Natural Guardians    :
                                 :
     v.                          :
                                 :
SMITHKLINE BEECHAM CORP.         :
d/b/a GLAXOSMITHKLINE            :        NO. 11-2827

                          ----------

JENNIFER SCHAFFTER, a minor,     :        CIVIL ACTION
by Debra Petty, as               :
Parent and Natural Guardian      :
                                 :
     v.                          :
                                 :
SMITHKLINE BEECHAM CORP.         :
d/b/a GLAXOSMITHKLINE            :        NO. 11-2828

                          ----------

BROOKE BABICH, a minor,          :        CIVIL ACTION
by Bruce Babich, as              :
Parent and Natural Guardian      :
                                 :
     v.                          :
                                 :
SMITHKLINE BEECHAM CORP.         :
d/b/a GLAXOSMITHKLINE            :        NO. 11-2829

                          ----------

ARIANNA SMART, a minor,          :        CIVIL ACTION
```

by Angela Smart, et al.              :
                                     :
     v.                              :
                                     :
SMITHKLINE BEECHAM CORP.             :
d/b/a GLAXOSMITHKLINE                :        NO. 11-2830

----------

MASON ANDREW STEINBECK, a minor,:         CIVIL ACTION
by MIKELANN STEINBECK,               :
Parent and Natural Guardian          :
                                     :
     v.                              :
                                     :
SMITHKLINE BEECHAM CORP.             :
d/b/a GLAXOSMITHKLINE                :        NO. 11-2831

----------

TANNER A. WIELAND, a minor,          :        CIVIL ACTION
by CHRISTINA WIELAND, et al.         :
                                     :
     v.                              :
                                     :
SMITHKLINE BEECHAM CORP.             :
d/b/a GLAXOSMITHKLINE                :        NO. 11-2832

ORDER

AND NOW, this 18th day of May, 2011, upon consideration of the motions to consolidate the above actions for consideration of pending motions to remand and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motions are GRANTED.

It is further ORDERED that these actions are CONSOLIDATED before The Honorable Timothy J. Savage for purposes of considering and deciding the motions to remand only.

BY THE COURT:


/s/Harvey Bartle III
                                                          C.J.